IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROGELIO C. LORENZO, JR. and LEAH M. LORENZO, §§§§§§ *Plaintiff,* §§ vs. §§ SERVIS ONE, INC., d/b/a BSI FINANCIAL §§ SERVICES; US BANK TRUST, N.A. as §§ trustee for IGLOO SERIES II TRUST; §§ EXPERIAN INFORMATION SOLUTIONS, §§ INC.; TRANS UNION LLC; and EQUIFAX §§ INFORMATION SERVICES, LLC, §§§§ *Defendants*. § | Civil Action No. 4:23-cv-00179-ALM |

# O R D E R

The Court, having considered the Stipulation of Dismissal With Prejudice (the "Stipulation" - Dkt. #61) filed by Plaintiffs Rogelio C. Lorenzo, Jr. and Leah M. Lorenzo ("Plaintiffs"), is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims asserted by Plaintiffs and against Defendants Servis One, Inc. d/b/a BSI Financial Services and U.S. Bank, N.A., as Trustee for IGLOO Series II Trust Relief, are hereby **DISMISSED WITH PREJUDICE**. All costs of court are taxed against the party incurring same.

The Clerk is directed to terminate Defendants Servis One, Inc. d/b/a BSI Financial Services and U.S. Bank, N.A., as Trustee for IGLOO Series II Trust Relief as parties to this case.

**IT IS SO ORDERED.**

**SIGNED this 20th day of February, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE