IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROGELIO C. LORENZO, JR. and LEAH M. LORENZO,<br><br>*Plaintiff*,<br><br>vs.<br><br>SERVIS ONE, INC., d/b/a BSI FINANCIAL SERVICES; US BANK TRUST, N.A. as trustee for IGLOO SERIES II TRUST; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23-cv-00179-ALM |

**O R D E R**

The Court, having considered the Stipulation of Dismissal With Prejudice (the "Stipulation" - Dkt. #65) filed by Plaintiffs Rogelio C. Lorenzo, Jr. and Leah M. Lorenzo, is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims asserted by Plaintiffs against Defendant Equifax Information Services, LLC, are hereby **DISMISSED WITH PREJUDICE**. All costs of court are taxed against the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this 1st day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE